## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**GLEN THOMAS DOTSON**
**Reg. # 33121-044**                                                              **PETITIONER**

**v.**                          **Case No.  2:17-cv-77 KGB**

**GENE BEASLEY,**
**Warden, FCI-Forrest City Low**                                    **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that

plaintiff Glen Thomas Dotson's petition for a writ of *habeas corpus* be dismissed without

prejudice.

It is so adjudged this the 18th day of August, 2017.

_____
Kristine G. Baker
United States District Judge